UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARC R. JAKAJ,

        Plaintiff,        Case No. 2:12-cv-475

v.        Honorable Gordon J. Quist

TOM COMBES et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A.

Dated: March 1, 2013        /s/ Gordon J. Quist
                                                      Gordon J. Quist
                                                      United States District Judge